SCWC-29603

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

KENNETH MATHISON, Petitioner/Plaintiff-Appellant,

vs.

STATE OF HAWAIʻI, Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29603; CR. NO. 93-473)

ORDER VACATING ORDER DISMISSING APPLICATION FOR WRIT OF
CERTIORARI AS UNTIMELY FILED ON APRIL 4, 2011
(By: Nakayama, J., for the court[1])

The Order Dismissing Application for Writ of Certiorari

as Untimely filed on April 4, 2011, is hereby vacated.

DATED:  Honolulu, Hawaiʻi, April 29, 2011.

FOR THE COURT:

/s/ Paula A. Nakayama

Associate Justice



---

[1]Considered by: Recktenwald, C.J., Nakayama, Acoba, Duffy and McKenna, JJ.